IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LISA KING, AS THE SPECIAL
ADMINISTRATOR FOR THE
ESTATE OF JOHN P. KING,

JUDGMENT IN A CIVIL CASE

    Plaintiff,

Case No. 10-cv-123-wmc

v.

SUE KRAMER, KAREN MONDRY-
ANDERSON, WILLIAM J. OLSON,
JENNIFER KOBY-GOBEL and
LA CROSSE COUNTY,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Sue Kramer, Karen Mondry-Anderson, William J. Olson, Jennifer Koby-Gobel and La Crosse County granting their motions for summary judgment and dismissing this case.

By: *L. Jensen, Deputy Clerk*
Peter Oppeneer, Clerk of Court

MAY 23 2011
Date