## United States District Court, Western District of Wisconsin

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 123 | **DATE** | 6/21/2012 |
| **CASE TITLE** | King v. Kramer et al | | |

**DOCKET ENTRY TEXT:**

Telephonic status conference held with attorneys for all parties. All counsel agree to a mediation/settlement conference with Judge Philip G. Reinhard to be held at the Federal Courthouse in Madison at 9:30 a.m. on August 9, 2012, the earliest date on which all counsel, interested parties and insurance representatives, and the court could be accommodated and present. No continuance of that date to a later date will be allowed. Counsel are to provide this court with a confidential (not to be filed) settlement letter by June 29, 2012.

*Philip G. Reinhard*

Electronic Notices.

00:30

| | Courtroom Deputy Initials: | JT |
|---|---|---|