# United States District Court, Western District of Wisconsin

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 123 | **DATE** | 6/27/2012 |
| **CASE TITLE** | King v. Kramer et al | | |

**DOCKET ENTRY TEXT:**

Telephonic conference held with attorneys for all parties.  Due to the unavailability of one of the parties, settlement conference set for August 9, 2012 is reset to an earlier date to July 30, 2012 at 9:00 a.m.

*Philip G. Reinhard*

Electronic Notices.

00:15

| | Courtroom Deputy Initials: | JT |
|---|---|---|