| | EXHIBITS OF<br>DEFENDANT LA CROSSE COUNTY | | LISA KING, ET AL,<br><br>   PLAINTIFFS,<br>V.<br><br>SUE KRAMER, ET AL.,<br><br>   DEFENDANTS. | CASE NO. 10-CV-123 |
|---|---|---|---|---|
| | **Identification** | | | |
| **Date** | **No.** | **Witness** | **Description** | **Offers, Objections, Rulings, Exceptions** |
| | 900 | | La Crosse County Jail Policy & Procedure Manual<br>(Bates #000001 – 000256) | |
| | 901 | | HPL Contract with La Crosse County 2004 | |
| | 902 | | HPL Contract with La Crosse County, 2005 Amendment | |
| | 903 | | HPL Contract with La Crosse County, 2006 Amendment | |
| | 904 | | DOC Annual Inspection Report, 10/12/04 | |
| | 905 | | DOC Annual Inspection Report, 11/28/05 | |
| | 906 | | DOC Annual Inspection Report, 12/15/06 | |
| | 907 | | DOC Annual Inspection Report 11/30/07 | |
| | 908 | | Technical Assistance Report from the National Institute of Corrections, July 21, 2006 | |
| | 909 | | Report to the La Crosse County Board of Supervisors and the Criminal Justice Management Counsel National Institute of Corrections Technical Assistance Report Provided in June 2006 in Response to their March 15, 2006 request to the NIC (NIC technical assistance number 06B7026) | |
| | 910 | | Minutes from the December 9, 2003 Judiciary & Law Committee (JLC) Meeting | |
| | 911 | | Minutes from the March 17, 2004 Criminal Justice Management Council (CJMC) Meeting | |
| | 912 | | Minutes from the April 21, 2004 Criminal Justice Management Council Meeting | |
| | 913 | | Minutes from the September 14, 2004, Judiciary & Law Committee Meeting | |
| | 914 | | Minutes from the October 12, 2004 Judiciary & Law Committee Meeting | |
| | | | | |

| Date | No. | Witness | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | | | | |
| | 915 | | Minutes from the October 11, 2005, Judiciary & Law Committee Meeting | |
| | 916 | | Minutes from the October 19, 2005, Criminal Justice Management Council Meeting | |
| | 917 | | Minutes from the January 10, 2006, Judiciary & Law Committee Meeting | |
| | 918 | | Minutes from the January 18, 2006, Criminal Justice Management Council Meeting | |
| | 919 | | Minutes from the February 7, 2006, Judiciary & Law Committee Meeting | |
| | 920 | | Minutes from the March 15, 2006, Criminal Justice Management Council Meeting | |
| | 921 | | Minutes from the June 6, 2006, Judiciary & Law Committee Meeting | |
| | 921 | | Minutes from the August 8, 2006, Judiciary & Law Committee Meeting | |
| | 922 | | Minutes from the September 12, 2006 Judiciary & Law Committee Meeting | |
| | 923 | | Minutes from the November 7, 2006 Judiciary & Law Committee Meeting | |
| | 924 | | Minutes from the March 6, 2007, Judiciary & Law Committee Meeting | |
| | 925 | | Resolution 89-2/07 – Approve Creation of a Jail Program Coordinator, Several Jail related Initiatives and Additional Case Manager in Justice Sanctions | |
| | 926 | | Carey Group Report Documents, 2006 and May of 2007 | |
| | 927 | | April 19 2007 letter to Sheriff Helgeson from Attorney Brinkman | |
| | 928 | | April 20, 2007 letter to Sheriff Helgeson from Attorney Brinkman | |
| | 929 | | Minutes of County Board meeting on February 15, 2007 | |