IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LISA KING as the Special Administrator
for THE ESTATE OF JOHN P. KING,

               Plaintiff,               JUDGMENT

v.

                                        10-cv-123-wmc

SUE KRAMER and LA CROSSE COUNTY,

               Defendants.

---

This action came for consideration before the court with U. S. District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered by a jury.

---

    IT IS ORDERED AND ADJUDGED that final judgment is entered in favor of defendants and this case is dismissed with prejudice.

    Approved as to form this 23rd day of January, 2013.

_/s/ William M. Conley_
William M. Conley, District Judge

_/s/ Peter Oppeneer_                                 1/24/13
Peter Oppeneer, Clerk of Court                 Date