IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

**LISA KING, AS THE SPECIAL ADMINISTRATOR FOR THE ESTATE OF JOHN KING,**

    Plaintiff,

v.                                                                 Case No. 10-CV-123

**SUE KRAMER,**

    Defendant.

## STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by the Plaintiff, Lisa King, and the Defendant, Sue Kramer, through their respective attorneys, that all of the Plaintiff's claims and causes of action in this case may be dismissed against the Defendant, with prejudice and without costs or further notice to any of the parties.

Dated this 7th day of April 2015.

    DEVANIE, BELZER & SCHROEDER
    Attorneys for Plaintiff

    s/ *Michael J. Devanie*
    Michael J. Devanie
    State Bar Number: 1005777

Dated this 7th day of April 2015.

    SIESENNOP & SULLIVAN
    One of the Attorneys for Defendant

    s/ *W. Patrick Sullivan*
    W. Patrick Sullivan
    State Bar Number: 1006235