UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---------------------------------------------------------------------------------------------------------------

LISA KING, AS THE SPECIAL
ADMINISTRATOR FOR THE ESTATE
OF JOHN KING,
     Plaintiff,

vs.                                Case No.:  10-CV-123

SUE KRAMER and
LA CROSSE COUNTY,
     Defendants.

---------------------------------------------------------------------------------------------------------------

## SATISFACTION OF JUDGMENT

---------------------------------------------------------------------------------------------------------------

      The Judgment entered in the above entitled action and docketed in said district court on the 23rd day of January 2013, with costs being taxed in favor of the defendant, La Crosse County, on the 18th day of July, 2013, and the 7th Circuit Court of Appeals affirming the Final Judgment on the 14th day of August, 2014, in favor of the defendant, La Crosse County, and against said plaintiff, Lisa King, as Special Administrator for the Estate of John King, for $30,397.17 having been fully paid and satisfied, the clerk of said court is hereby authorized to satisfy and discharge said judgment of record.

                              Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 22nd day of May, 2015.

                              BY:   s/ Amy J. Doyle
                                    AMY J. DOYLE